UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:24-cv-00049

ALEXANDER L. WILD,

      Plaintiff,

v.

BEEBE'S PEST & TERMITE CONTROL, INC.

      Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ALEXANDER L. WILD by and through his undersigned counsel, brings this Complaint against Defendant BEEBE'S PEST & TERMITE CONTROL, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ALEXANDER L. WILD ("Wild") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Wild's original copyrighted Work of authorship.

2. Wild is Curator of Entomology at The University of Texas at Austin and has been a world-renowned macrophotographer since the early 2000s. He

holds a Ph.D. in Entomology from The University of California/Davis and conducts research on the evolution and classification of ants. Wild is a founding instructor of the BugShot workshop series, and his photographs appear in numerous natural history museums, magazines, books, television programs, and other media.

3. Defendant BEEBE'S PEST & TERMITE CONTROL, INC. ("BEEBE'S PTC") is a pest control company that offers bed bug, pest, mosquito, and termite control services from West Florida to South Louisiana. This company is family owned and has been operating since 1979.

4. At all times relevant herein, BEEBE'S PTC owned and operated the internet website located at the URL https://www.beebespest.com/ (the "Website").

5. Wild alleges that BEEBE'S PTC copied his copyrighted Work from the internet in order to advertise, market and promote BEEBE'S PTC's business activities. BEEBE'S PTC committed the violations alleged in connection with BEEBE'S PTC's business for purposes of advertising and promoting sales to the public in the course and scope of BEEBE'S PTC's pest control business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida because it maintains a business in this district.

9. Defendant is subject to personal jurisdiction in this district because it purposefully directed its activities toward this district and caused plaintiff injury in this district.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant conducts in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

11. BEEBE'S Pest & Termite Control, Inc. is a Louisiana corporation, with a place of business at 13725 River Road, Perdido Key, Florida 32507. The registered agent of BEEBE'S Pest & Termite Control, Inc. is Barney L. Beebe Jr., who can be served at 9251 Raton, Baton Rouge, Louisiana 70814.

## THE COPYRIGHTED WORK AT ISSUE

12. In 2007, Wild created the aerial photograph entitled "invicta1s", which is shown below and referred to herein as the "Work":

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK



13. Wild registered the Work with the Register of Copyrights on January 22, 2008, and was assigned the registration number VAu 962-461. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. Wild's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets

15. At all relevant times Wild was the owner of the copyrighted Work.

## INFRINGEMENT BY DEFENDANT

16. BEEBE'S PTC has never been licensed to use the Work at issue in this action for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, BEEBE'S PTC copied the Work.

18. On or about February 11, 2021 Wild discovered the unauthorized use of his Work on BEEBE'S PTC's website.

19. BEEBE'S PTC copied, reproduced, and displayed Wild's Work without Wild's permission.

20. After BEEBE'S PTC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its pest control business.

21. BEEBE'S PTC copied and distributed Wild's copyrighted Work in connection with BEEBE'S PTC's business for purposes of advertising and promoting BEEBE'S PTC's business, and in the course and scope of advertising and selling products and services.

22. BEEBE'S PTC committed copyright infringement of the Work as evidenced by the screenshot of the infringement attached hereto as **Exhibit 2**.

23. Wild notified BEEBE'S PTC of the allegations set forth herein on November 10, 2022. To date, Parties have failed to resolve the case.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Wild incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Wild owns a valid copyright in the Work.

26. Wild registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. BEEBE'S PTC copied, displayed, and distributed the Work without Wild's authorization in violation of 17 U.S.C. § 501.

28. BEEBE'S PTC performed the acts alleged in the course and scope of its business activities.

29. BEEBE'S PTC's acts were willful.

30. Wild has been damaged.

31. The harm caused to Wild has been irreparable.

WHEREFORE, Plaintiff ALEXANDER L. WILD prays for judgment against Defendant BEEBE'S PEST & TERMITE CONTROL, INC., that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendant be required to pay Plaintiff his actual damages and BEEBE'S PTC's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Plaintiff be awarded pre- and post-judgment interest; and

      e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 6, 2024      Respectfully submitted,

*/s/ Marian V. Quintero*
MARIAN V. QUINTERO
Florida Bar Number: 1040194
marian.quintero@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Alexander L. Wild*