UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALEXANDER L. WILD**,

    **Plaintiff**,

v.                                   Case No. 3:24cv49-TKW-ZCB

**BEEBE'S PEST & TERMITE CONTROL, INC.**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on Plaintiff's notice of voluntary dismissal (Doc. 10), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and the Clerk shall close the case file.

**DONE and ORDERED** this 12th day of March, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**